THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JESSE RODRIGUEZ, on behalf of himself and all others similarly situated,

Plaintiff,

v.

TRANSUNION, LLC, *et al.*,

Defendants.

CASE NO. C19-0184-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time for Defendant TransUnion to respond to Plaintiff's complaint (Dkt. No. 13). The motion is GRANTED. Defendant TransUnion shall respond to Plaintiff's complaint by May 9, 2019.

DATED this 10th day of April 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk