UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br> v.<br><br>TRANSUNION, LLC, *et al.*,<br><br>     Defendants. | CASE NO. C19-0184-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time for Defendant TransUnion to respond to Plaintiff's complaint (Dkt. No. 24). The motion is GRANTED. Defendant TransUnion shall respond to Plaintiff's complaint by June 6, 2019.

DATED this 25th day of April 2019.

               William M. McCool
               Clerk of Court

               s/Tomas Hernandez
               Deputy Clerk