THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TRANSUNION, LLC, *et al.*,<br><br>Defendants. | CASE NO. C19-0184-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Evergreen Professional Recoveries, Inc.'s motion to withdraw as attorney (Dkt. No. 30). Although leave by the Court is not necessary here, *see* W.D. Wash. Local Civ. R. 83.2(b)(3), the motion is GRANTED. Andrew D. Shafer and Simburg Ketter Sheppard and Purdy, LLP are granted leave to withdraw from this case.

DATED this 30th day of May 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C19-0184-JCC
PAGE - 1