THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE RODRIGUEZ, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br>v.<br><br>EVERGREEN PROFESSIONAL RECOVERIES, INC.,<br><br>Defendant. | CASE NO. C19-0184-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated protective order (Dkt. No. 34). The parties are ORDERED to submit a Word version of the stipulated protective order to coughenourorders@wawd.uscourts.gov.

DATED this 17th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0184-JCC
PAGE - 1