UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br>   v.<br><br>TRANSUNION, LLC and EVERGREEN PROFESSIONAL RECOVERIES, INC.,<br><br>                Defendants. | CASE NO. C19-0184-JCC<br><br>MINUTE ORDER |

    The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court on the parties' notice of settlement (Dkt. No. 45). The parties anticipate filing a joint motion for preliminary approval within the next 30 days. (Dkt. No. 45 at 1). In the meantime, the Clerk is DIRECTED to terminate the pending motion to deny class certification (Dkt. No. 42) and the pending motion for partial summary judgment (Dkt. No. 39).

    DATED this 11th day of March 2020.

1   William M. McCool
    Clerk of Court

2   s/Tomas Hernandez
    Deputy Clerk

MINUTE ORDER
C19-0184-JCC
PAGE - 2