Ari M. Marcus, Esq. (*pro hac vice*)
MARCUS ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712

Michael Brubaker, Esq.
BRUBAKER LAW GROUP PLLC
14506 NE 184th Pl
Woodinville, WA 98072
*Attorneys for Plaintiff and Class Counsel*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **JESSE RODRIGUEZ,** **on behalf of himself and all others similarly situated,** Plaintiff, v. **EVERGREEN PROFESSIONAL RECOVERIES, INC.** Defendants. | No. 2:19-CV-00184-JCC Hon. Judge John C Coughenour **NOTICE OF MOTION FOR AN ORDER CERTIFYING CLASS AND GRANTING FINAL APPROVAL OF CLASS SETTLEMENT AGREEMENT** **NOTE ON MOTION CALENDAR: December 04, 2020** |

**PLEASE TAKE NOTICE** that upon this Notice of Motion and Motion, Plaintiff and Defendant, by and through their undersigned counsel, moves this Honorable Court, for an Order certifying this case as a class action and granting final approval of the Parties' class settlement agreement. Pursuant to Your Honor's Order,

a final approval hearing has been scheduled in this matter for December 8, 2020 at 9:00am [Dkt. No. 51].

In support of this request, the parties rely on the attached Memorandum of Law in Support and attached exhibits.

Respectfully submitted this 16th day of November, 2020

**MARCUS & ZELMAN LLC**

*/s/ Ari H. Marcus, Esq.*
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: 732-695-3282
Email: Ari@MarcusZelman.com
*Attorney for Plaintiff and the Class*

**GORDON REES SCULLY MANSUKHANI**

*/s/ Elizabeth Morrison*_____
701 Fifth Avenue, Suite 2100
Seattle, Washington 98104
Phone: 206-695-6645
Email: emorrison@grsm.com
*Attorney for Defendant*